## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>**JUNIOR SOTELO-GONZALEZ,**   )<br>   )<br>   Defendant.   )<br>   ) | **8:11CR35**<br><br>**ORDER** |

    This matter is before the court on the government's Motion to Continue Trial [37] due to counsel's scheduling conflicts. The United States does not request an exclusion of Speedy Trial time. For good cause shown, and upon the representation that the motion is unopposed,

    **IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 5, 2011 is continued to **July 26, 2011.**

**DATED June 24, 2011.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**