IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:11CR35 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| JUNIOR SOTELO-GONZALEZ, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion to exclude time or reset trial (Filing No. 39). The Court previously granted the government's motion to continue trial. However, the government did not request the exclusion of speedy trial time and therefore the time was not excluded. This motion followed.

IT IS ORDERED:

1. Trial of this case was rescheduled to July 26, 2011, on the government's motion;

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial, for the reasons set out in the government's motion to continue trial.  18 U.S.C. § 3131(7)(A).

DATED this 1st day of July, 2011.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge